# United States Court of Appeals for the Federal Circuit

---

**DOUGHERTY ELECTRIC, INC.,**
*Plaintiff-Appellant*

**v.**

**UNITED STATES,**
*Defendant-Appellee*

---

2024-1458, 2024-1838

---

Appeals from the United States Court of Federal Claims in No. 1:20-cv-01254-LAS, Senior Judge Loren A. Smith.

---

**JUDGMENT**

---

THIS CAUSE having been considered, it is

ORDERED AND ADJUDGED:

**AFFIRMED-IN-PART, VACATED-IN-PART, AND REMANDED**

FOR THE COURT

July 15, 2026
Date

Jarrett B. Perlow
Clerk of Court