# United States Court of Appeals for the Federal Circuit

---

**DOUGHERTY ELECTRIC, INC.,**
*Plaintiff-Appellant*

**v.**

**UNITED STATES,**
*Defendant-Appellee*

---

2024-1458, 2024-1838

---

Appeals from the United States Court of Federal Claims in No. 1:20-cv-01254-LAS, Senior Judge Loren A. Smith.

---

## MANDATE

---

In accordance with the judgment of this Court, entered July 15, 2026, and pursuant to Rule 41 of the Federal Rules of Appellate Procedure, the formal mandate is hereby issued.

FOR THE COURT

October 9, 2026
Date

Jarrett B. Perlow
Clerk of Court